UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>    Defendants. | Case No. 16-cv-07091-EDL<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 79 |

On January 28, 2019, the parties hereto participated in mediation, at which they agreed to a settlement of this cause. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before May 8, 2019 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: February _7_, 2019

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge